THE HOME OF THE FRIENDLESS, Defendant in Error, *v.* EDWARD S. ROWSE, Collector of the Revenue of St. Louis County, Plaintiff in Error.

1. Case of Washington University v. Rowse, *ante,* p. 308, affirmed.

*Appeal from St. Louis Circuit Court.*

*Hitchcock & Lubke,* for defendant in error.

*Clover,* and *R. F. Wingate,* Attorney-General, for plaintiff in error.

WAGNER, Judge, delivered the opinion of the court.

This case is similar in all respects to the case of Washington University v. Rowse, decided at the present term; and, for the reasons given in the opinion in that case, the judgment of the Circuit Court will be reversed and the petition dismissed. The other judges concur.